PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ARTHUR RENOWITZKY

ELLEN C. ARABIAN-LEE, SBN 151615
ARABIAN-LEE LAW CORPORATION
1731 East Roseville Parkway, Suite 150
Roseville, California 95661
Telephone (916) 242-8662
Facsimile (916) 797-7404
ellen@arabian-leelaw.com

Attorneys for Defendants,
GRISSOM'S CHAPEL AND MORTUARY, INC.
and LISA BRADSHAW LIVING TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RENOWITZKY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GRISSOM'S CHAPEL AND MORTUARY, INC.; LISA BRADSHAW LIVING TRUST,<br><br>　　　Defendants. | Case No. 3:21-cv-03863-EMC<br><u>Civil Rights</u><br><br>**CONSENT DECREE AND ORDER FOR INJUNCTIVE RELIEF FOR INJUNCTIVE RELIEF, DAMAGES, AND ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS**<br><br>Action Filed: May 21, 2021 |

1.　　Plaintiff ARTHUR RENOWITZKY filed a Complaint in this action on May 21, 2021, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws and to obtain recovery of damages for discriminatory experiences, denial of access, and denial of civil rights against Defendants GRISSOM'S CHAPEL AND MORTUARY, INC.; LISA BRADSHAW LIVING TRUST ("Defendants"). Plaintiff has alleged that Defendants violated Title III of the ADA; Sections

51, 52, 54, 54.1, 54.3 and 55, of the California Civil Code, and Health and Safety Code §§ 19953 *et. seq.* by failing to provide full and equal access to patrons of the Grissom's Chapel and Mortuary located at 267 E. Lewelling Blvd., San Lorenzo, California.

2.      In order to avoid the costs, expense, and uncertainty of protracted litigation, Plaintiff and Defendants (together sometimes the "Parties") agree to entry of this Consent Decree and Order to resolve all claims regarding injunctive relief, damages, and attorneys' fees, litigation expenses and costs, raised in the Complaint without the need for protracted litigation. Accordingly, the Parties agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims for relief.

**JURISDICTION:**

3.      The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of California Civil Code sections 51, 54, and 54.1.

WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provide as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

4.      This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject Complaint.

5.      The Parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and Americans with Disabilities Act Standards for Accessible Design, unless other standards are specifically agreed to in this Consent Decree and Order.

CONSENT DECREE AND  ORDER

a.   **Physical Remedial Measures and Administrative Procedures:**
Defendants shall perform the remedial work set forth in the report
attached to this Consent Decree as Exhibit A.

b.   **Timing**:  Defendants will complete each item on the schedule stated in
this Consent Decree by September 1, 2022.  If unforeseen difficulties
prevent Defendants from completing any of the agreed-upon injunctive
relief, Defendants or its counsel will notify Plaintiff's counsel in
writing within seven (7) days of discovering the delay.  Plaintiff will
have thirty (30) days to investigate and meet and confer with
Defendants, and to approve the delay by stipulation or otherwise
respond to Defendants' notice.  If the Parties cannot reach agreement
regarding the delay within that time period, Plaintiff may seek
enforcement by the Court.

c.   Defendants or defense counsel will notify Plaintiff's counsel when the
corrective work is completed, and, whether completed or not, will
provide a status report to Plaintiff's counsel no later than September 1,
2022.

d.   If Defendants fail to provide injunctive relief on the agreed upon
timetable and/or fail to provide timely written status notification, and
Plaintiff files a motion with the Court to obtain compliance with these
terms, Plaintiff reserves the right to seek additional attorney's fees for
any compliance work necessitated by Defendants' failure to keep this
agreement.  If the Parties disagree, the parties agree to participate in a
Magistrate Judge-conducted Settlement Conference for the purposes of
resolving the disputed fees.  If the Settlement Conference fails to
resolve the fee dispute, Plaintiff may seek an order directing the
Defendants to pay Plaintiff's reasonably incurred fees.

CONSENT DECREE AND ORDER

**DAMAGES, ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS:**

6.     Defendants agree to pay Plaintiff a total of $21,722 for Plaintiff's damages, attorney fees, litigation expenses, and costs.  The damages, attorney fees, litigation expenses and costs shall be paid to "REIN & CLEFTON IN TRUST FOR ARTHUR RENOWITZKY."  Payment shall be delivered to Plaintiff's counsel's office at Rein & Clefton, 200 Lakeside Drive, Suite A, Oakland, California 94612, on or before September 17, 2021.

**LIQUIDATED DAMAGES CLAUSE**

7.     Time is of the essence for this agreement.  Delay in payment to Plaintiff creates uncertainty for Plaintiff and Plaintiff's counsel in resolving this matter.  In the case of Plaintiff's counsel, this may also mean spending time pursuing collections issues instead of representing disabled persons on other matters and advancing the public interest in making other sites accessible.  In consideration of these issues, if Defendants do not pay both the attorney fees and damages contemplated in this Agreement on or before the date specified in this Agreement, Defendants agree to pay $250 per day for each day that payment is not received by Plaintiff.  If enforcement of the monetary terms of this agreement becomes necessary, Defendants agree that damages pursuant to this clause will be added to the settlement amount and any motion to enforce this agreement, motion for attorney fees in association with enforcement, and/or judgment entered by the Court.

**ENTIRE CONSENT DECREE AND ORDER:**

8.     This Consent Decree and Order constitute the entire agreement between the signing Parties on the matters of injunctive relief, damages, attorneys' fees, litigation expenses, and costs, and no other statement, promise, or agreement, either written or oral, made by any of the Parties or agents of any of the Parties that is not contained in this written Consent Decree and Order, shall be enforceable regarding the matters of injunctive relief described herein.

- 4 -

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

9.     This Consent Decree and Order shall be binding on Plaintiff, Defendants, and any successors-in-interest.  Defendants have a duty to so notify all such successors-in-interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

10.     Each of the Parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer, or experience some further loss or damage with respect to the lawsuit that is unknown or unanticipated at the time this Consent Decree and Order is signed. Except for all obligations required in this Consent Decree and Order, the Parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit, except those caused by the Parties subsequent to the execution of this Consent Decree and Order. Therefore, except for all obligations required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions, and causes of action by the Parties to this Consent Decree with respect to the lawsuit, whether the same are known, unknown, or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

11.     Except for all obligations required in this Consent Decree and Order each of the Parties to this Consent Decree and Order, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners, and assigns, releases and forever

discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

12.     This Consent Decree and Order shall be in full force and effect for a period of eighteen (18) months after the date of entry of this Consent Decree and Order by the Court.

**SEVERABILITY:**

13.     If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

14.     Signatories on the behalf of the Parties represent that they are authorized to bind the Parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

**END OF PAGE.**
**SIGNATURES CONTINUE ON THE NEXT PAGE AND ORDER IS AT THE END OF THE DOCUMENT.**

CONSENT DECREE AND ORDER

1   Dated: _____, 2021                  PLAINTIFF ARTHUR RENOWITZKY

2

3                                         _____
                                          ARTHUR RENOWITZKY
4

5   Dated: _____, 2021                  DEFENDANT GRISSOM'S CHAPEL AND
                                          MORTUARY, INC.
6

7

8                                         By: _____
                                          Print name: Lisa Bradshaw
9                                         Title: President

10

11  Dated: _____, 2021                  DEFENDANT LISA BRADSHAW LIVING
                                          TRUST
12

13

14                                        By: _____
                                          Print name: Lisa Bradshaw
15                                        Title: Owner

16

17  Approved as to form:

18  Dated: ___8/31___, 2021               REIN & CLEFTON

19

20                                        By:  AARON M. CLEFTON, Esq.
21                                        Attorneys for Plaintiff
                                          ARTHUR RENOWITZKY
22

23  Dated: _9/1_____, 2021                ARABIAN-LEE LAW CORPORATION

24

25                                        Ellen Arabian-Lee

26                                        By: ELLEN ARABIAN-LEE, Esq.
                                          Attorneys for Defendants
27                                        GRISSOM'S CHAPEL AND MORTUARY, INC.
                                          and LISA BRADSHAW LIVING TRUST
28

                                   - 7 -

CONSENT DECREE AND [PROPOSED] ORDER
Case No. 3:21-cv-03863-EMC

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: Sept. 1         , 2021

_____
Honorable Edward M. Chen
U.S. District Court Judge

- 8 -

# EXHIBIT A

# CASp Inspection Report

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**Prepared By**



**(916) 983 - 3816**

---

**Grissom's Chapel & Mortuary**

**267 E Lewelling Blvd
San Lorenzo, CA 94580**

CASp Evaluation

*Inspection Date: 07/28/2021*
*Inspector: Brycen Brinkman*

Arabian-Lee Law Corporation

07/28/2021

Dear Ellen,

Thank you for the opportunity to be of service to you by performing an accessibility evaluation for the Grissom's Chapel & Mortuary located at 267 E Lewelling Blvd, San Lorenzo, CA 94580. The facility was inspected on 07/28/2021.

We recommended that all barriers that are identified in this evaluation that are readily achievable, be removed as soon as possible with other barriers being removed as they become readily achievable. A barrier removal plan should be developed to assist in planning the removal of all barriers that are not currently "readily achievable" to remove. In order to be eligible for Qualified Defendant status under California Civil Code Section 55.52(a)(8) and receive the benefits of Senate Bill 1608 & 1186, you must submit to ADA Compliance Consultants Inc a schedule of completion for each of the barriers identified in this report within a reasonable time frame as determined by you.

Periodic maintenance to ensure continued accessibility is essential in providing a safe and usable environment. Parking lot markings, signage, door opening pressures, and maintaining clear floor space at doors and other elements and fixtures, available to the public, must be part of an ongoing maintenance schedule.

If you have any questions regarding this report or would like to schedule a meeting with myself and your architect, attorney, or contractor, please feel free to contact me. Additional services are available such as on construction monitoring, plan review, ownership representation and verification of completed work prior to owner acceptance.

Sincerely,

*Brycen Brinkman*
Brycen Brinkman

*Table of Contents*

**Findings** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

    **Parking Lot & Tow-Away Signage** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

    **Disabled Parking** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

    **Exterior Routes & Facility Entrances** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**

    **Interior Routes & Common Area Features** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28**

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Parking Lot & Tow-Away Signage

## Finding: 1

**- This facility requires one disabled van accessible set.**

*2019 CBC 11B (CA 7/1/21) Section 11B-208.2*
*Parking spaces complying with Section 11B-502 shall be provided in accordance with Table 11B-208.2 except as required by Sections 11B-208.2.1, 11B-208.2.2, and 11B-208.2.3. Where more than one parking facility is provided on a site, the number of accessible spaces provided on the site shall be calculated according to the number of spaces required for each parking facility.*

*2010 ADAS Section 208.2*
*Parking spaces complying with 502 shall be provided in accordance with Table 208.2 except as required by 208.2.1, 208.2.2, and 208.2.3. Where more than one parking facility is provided on a site, the number of accessible spaces provided on the site shall be calculated according to the number of spaces required for each parking facility.*

### Citation:

**2019 CBC 11B (CA 7/1/21) Section: 11B-208.2**

**2010 ADAS Section: 208.2**

## As Built:
**This facility provides 1-25 parking stalls.**

## Recommendation:
**- Existing disabled parking will be modified to meet ADA standards and regulations.**
**- No additional disabled parking required at this time.**

| Total Number of Parking Spaces Provided in Parking Facility | Minimum Number of Required Accessible Parking Spaces |
|---|---|
| 1 to 25 | 1 |
| 26 to 50 | 2 |
| 51 to 75 | 3 |
| 76 to 100 | 4 |
| 101 to 150 | 5 |
| 151 to 200 | 6 |
| 201 to 300 | 7 |
| 301 to 400 | 8 |
| 401 to 500 | 9 |
| 501 to 1000 | 2 percent of total |
| 1001 and over | 20, plus 1 for each 100, or fraction thereof, over 1000 |

**Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580**

## Parking Lot & Tow-Away Signage

### Finding: 2

The tow-away sign is missing.

There must be a tow-away sign posted in a conspicuous place at each entrance, or immediately adjacent to each space. The sign shall not be less than 17 inches by 22 inches in size with 1 inch high minimum lettering which clearly and conspicuously states the following:

Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at owner's expense. Towed vehicles may be reclaimed at_____or by telephoning_____.

Blank spaces are to be filled in with appropriate information as a permanent part of the sign.

*2019 CBC 11A (CA) Section 1109A.8.8.1*
*Each accessible parking space reserved for persons with disabilities shall be identified by a reflective sign consisting of the "International Symbol of Accessibility" complying with Section 1143A.8. The sign shall not be smaller than 70 square inches (4516 mm2) in area, and shall be posted 60 inches minimum above the finish floor or ground surface, measured to the bottom of the sign. Signs located on accessible routes shall be posted at a minimum height of 80 inches (2032 mm) above the finish floor or ground surface of the accessible route, measured to the bottom of the sign. Signs identifying accessible parking spaces shall be visible from each parking space they serve, and shall be permanently posted immediately adjacent to the parking space or within the projected parking space width at the head end of the parking space. Signs may also be permanently posted on a wall at the interior end of the parking space. Van accessible spaces shall comply with Section 1109A.8.6 and shall have an additional sign or additional language stating "Van Accessible" below the symbol of accessibility. An additional sign shall also be posted in a conspicuous place at each entrance to off-street parking facilities or immediately adjacent to and visible from each accessible stall or space. The sign shall not be less than 17 inches (432 mm) by 22 inches (559 mm) in size with lettering not less than 1 inch (25.4 mm) in height, and shall clearly and conspicuously state the following: "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at _____ or by telephoning_____." Blank spaces are to be filled in with appropriate information as a permanent part of the sign.*

*2019 CBC 11B (CA 7/1/21) Section 11B-502.8*
*An additional sign shall be posted either; 1) in a conspicuous place at each entrance to an off-street parking facility or 2) immediately adjacent to on-site accessible parking and visible from each parking space.*

### Citation:

**2019 CBC 11A (CA) Section: 1109A.8.8.1**

**2019 CBC 11B (CA 7/1/21) Section: 11B-502.8**

### As Built:
This facility lacks compliant tow-away signage.

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Recommendation:

**- Install new black and white tow-away sign, mounted within the landscape on the right hand side of the drive entrance. Ensure signage is provided at 60" AFF and ensure sign provides reclaim information and telephone number.**



*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Disabled Parking

## Finding: 3

- **Disabled parking will be relocated closer to the main entrance. This parking will be marked as "Reserved."**

*2019 CBC 11A (CA) Section 1109A.8*
*Accessible parking required by this section shall be designed and constructed in accordance with Section 1109A.*

*2019 CBC 11B (CA 7/1/21) Section 11B-502.1*
*Car and van parking spaces shall comply with Section 11B-502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings.*

### Citation:

**2019 CBC 11A (CA) Section: 1109A.8**

**2019 CBC 11B (CA 7/1/21) Section: 11B-502.1**

### As Built:

The single van accessible set on the North side of the property will be relocated closer to the entrance of the facility.

### Recommendation:

- Black out disabled striping.
- Remove disabled signage.
- Restore as "Reserved" Stalls.





*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

**Finding #3 Additional Finding Photos**















*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Disabled Parking

## Finding: 4

- Non compliant signage.
- Non compliant built up ramps.
- Excessive slope within the stalls and crosshatch.

*2019 CBC 11A (CA) Section 1109A.8*
*Accessible parking required by this section shall be designed and constructed in accordance with Section 1109A.*

*2019 CBC 11B (CA 7/1/21) Section 11B-502.1*
*Car and van parking spaces shall comply with Section 11B-502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings.*

## Citation:

**2019 CBC 11A (CA) Section: 1109A.8**

**2019 CBC 11B (CA 7/1/21) Section: 11B-502.1**

## As Built:
The disabled parking provided at the main nentrance to the facility exhibits multiple non compliant elements.

## Recommendation:
- Remove two, 6' x 8' AC built up ramps.
- Install new 2.75'' AC overlay pad to be flush with the concrete cut through. Ensure 18'L x 26'W is provided at 2% max cross and run slope. Transition remaining AC wings at 10% max run and 2% max cross slope.
- Stripe back new dual van set. Ensure stalls are 9' wide, crosshatch is 8' wide, and both the stalls and crosshatch are 18' in length.
- Install new van accessible/$250 fine sign within the landscape centered to the new van stall at 80'' AFF.
- Install new standard accessible/$250 fine sign centered to the new standard stall within the landscape at 80'' AFF.
- Install new 3' x 4' California compliant truncated dome, surface applied to the concrete cut through between the stall and the drive aisle.

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Finding #4 Continued





**Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580**

## Finding #4 Additional Finding Photos

 

 

 

 

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Finding #4 Additional Finding Photos

















**Finding #4 Additional Finding Photos**

















**Finding #4 Additional Finding Photos**



*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Exterior Routes & Facility Entrances

### Finding: 5

**When the slope in the direction of travel of any walk exceeds 1 unit vertical in 20 units horizontal (5-percent slope), it must be constructed as a ramp. Surface cross slopes must not exceed 1 unit vertical in 48 units horizontal (2-percent slope).**

*2019 CBC 11A (CA) Section 1113A.1.2*
*Surface cross slopes shall not exceed 1 unit vertical in 48 units horizontal (2.083-percent slope).*

*2019 CBC 11A (CA) Section 1113A.3*
*When the slope in the direction of travel of any walk on an accessible route exceeds 1 unit vertical in 20 units horizontal (5-percent slope), it shall comply with the ramp provisions of Section 1114A.*

*2019 CBC 11B (CA 7/1/21) Section 11B-403.3*
*The running slope of walking surfaces shall not be steeper than 1:20. The cross slope of walking surfaces shall not be steeper than 1:48.*

*2010 ADAS Section 403.3*
*The running slope of walking surfaces shall not be steeper than 1:20.  The cross slope of walking surfaces shall not be steeper than 1:48.*

### Citation:

**2019 CBC 11A (CA) Section: 1113A.1.2, 1113A.3**

**2019 CBC 11B (CA 7/1/21) Section: 11B-403.3**

**2010 ADAS Section: 403.3**

### As Built:
**A new walkway will be installed to provide access to and from the public sidewalk to the onsite walkway.**

### Recommendation:
- Demo 5' x 20'9'' landscape.
- Pour back to provide 5% max run slope and 2% max cross slope. Ensure changes in direction are poured back at 2% max cross and run slope.

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

**Finding #5 Continued**





## Finding #5 Additional Finding Photos

















*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

**Finding #5 Additional Finding Photos**





*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Exterior Routes & Facility Entrances

### Finding: 6

**- Tree reduces walkway width below 4' minimum.**

*2019 ADA PROS Section 1.0*
*This is a custom findings for a custom standard.*

### Citation:

**2019 ADA PROS Section: 1.0**

### As Built:
**The tree on the North corner of the walkway protrudes into the path of travel.**

### Recommendation:
**- Remove or trim back tree to provide 4' wide path of travel.**



**Finding #6 Additional Finding Photos**





*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Exterior Routes & Facility Entrances

### Finding: 7

The accessible path of travel has cross slopes greater than 2%.

Surface cross slopes shall not exceed one unit vertical in 48 units horizontal (2-percent slope).  When the slope in the direction of travel of any walk exceeds 1 unit vertical in 20 units horizontal (5-percent slope), it must be constructed as a ramp.

*2019 CBC 11A (CA) Section 1113A.1.2*
*Surface cross slopes shall not exceed 1 unit vertical in 48 units horizontal (2.083-percent slope).*

*2019 CBC 11B (CA 7/1/21) Section 11B-403.3*
*The running slope of walking surfaces shall not be steeper than 1:20. The cross slope of walking surfaces shall not be steeper than 1:48.*

*2010 ADAS Section 403.3*
*The running slope of walking surfaces shall not be steeper than 1:20.  The cross slope of walking surfaces shall not be steeper than 1:48.*

### Citation:

**2019 CBC 11A (CA) Section: 1113A.1.2**

**2019 CBC 11B (CA 7/1/21) Section: 11B-403.3**

**2010 ADAS Section: 403.3**

### As Built:
The cross slope of the walkway up to the front door is not compliant. The walkway exhibits planter box protrusions that conflict with the width of the walkway.
Portions of the walkway are not 48" wide.

### Recommendation:
- Saw cut and demo 4' x 72' concrete walkway, door landings and small strip of AC drive aisle.
Pour back 4' x 72 walkway.
- Pour back to provide 5% max run slope and 2% max cross slope. Ensure changes in direction and door landings are poured back at 2% max cross and run slope.
- Ensure door landings provide 5' in depth @ 2% max cross and run slope.

- Install California complaint C-Shaped truncated domes, wet set outside the 5' x 6' door landing to the main entrance.

*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

**Finding #7 Continued**





**_Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580_**

## Finding #7 Additional Finding Photos

















## Finding #7 Additional Finding Photos













**Finding #7 Additional Finding Photos**









**Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580**

## Exterior Routes & Facility Entrances

### Finding: 8

- Lack compliant ISA signage.
- Lack complaint door pressure.
- Lacks directional signage at entrances not intended as the accessible entrance.

*2019 ADA PROS Section 1.0*
*This is a custom findings for a custom standard.*

### Citation:

**2019 ADA PROS Section: 1.0**

### As Built:
**Facility entrances exhibit multiple non compliant elements.**

### Recommendation:
- Install new 6" x 6" ISA sticker on the strike side of the door (when possible) at 48"-60" AFF.
- Install new arrow directional signage and "Not Accessible Entrance" signage on the doors intended as egress or employee only at 60" AFF.
- Adjust doors to provide 5 lbs max push and pull pressure.



**Finding #8 Additional Finding Photos**



*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Interior Routes & Common Area Features

### Finding: 9

**- Door hardware is not compliant.**
**- Facility lacks compliant EXIT signage.**

*2019 ADA PROS Section 1.0*
*This is a custom findings for a custom standard.*

### Citation:

**2019 ADA PROS Section: 1.0**

### As Built:
**The interior route and common area features exhibit multiple non compliant elements.**

### Recommendation:
**- Install new EXIT signage (with Braille) on the strike side of doors (when possible) at 60'' AFF to the highest character baseline.**
**- Remove knob type door hardware.**
**- Install new C-Shaped lever type door hardware that does not require tight grasping, pinching or twisting to easily operate. Ensure 1.5'' gap is provided between the door and the inside the door hardware.**

**NOTE:**
**This facility does provide compliant disabled seating areas within the celebration of life room.**



*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

## Finding #9 Additional Finding Photos

















*Grissom's Chapel & Mortuary - 267 E Lewelling Blvd San Lorenzo, CA 94580*

**Finding #9 Additional Finding Photos**









