PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:      510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ARTHRU RENOWITZKY

ELLEN C. ARABIAN-LEE, SBN 151615
ARABIAN-LEE LAW CORPORATION
1731 East Roseville Parkway, Suite 150
Roseville, California 95661
Telephone (916) 242-8662
Facsimile (916) 797-7404
ellen@arabian-leelaw.com

Attorneys for Defendants,
GRISSOM'S CHAPEL AND MORTUARY, INC.
and LISA BRADSHAW LIVING TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RENOWITZKY,<br><br>          Plaintiff,<br><br>     v.<br><br>GRISSOM'S CHAPEL AND MORTUARY, INC.; LISA BRADSHAW LIVING TRUST,<br><br>          Defendants. | CASE NO. 3:21-cv-03863-EMC<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 21, 2021 |

## **STIPULATION**

Plaintiff ARTHUR RENOWITZKY ("Plaintiff") and Defendants GRISSOM'S CHAPEL AND MORTUARY, INC.; LISA BRADSHAW LIVING TRUST,

("Defendants") hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  September 21, 2021                REIN & CLEFTON

                                                 */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, Esq.
Attorneys for Plaintiff
ARTHUR RENOWITZKY

Date: September 21, 2021                ARABIAN-LEE LAW CORPORATION

                                                */s/ Ellen Arabian-Lee*
By: ELLEN ARABIAN-LEE, Esq.
Attorneys for Defendants
GRISSOM'S CHAPEL AND MORTUARY, INC.
and LISA BRADSHAW LIVING TRUST

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on September 21, 2021, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of defense counsel Ellen Arabian-Lee in the filing of this document.

                                                */s/ Aaron Clefton*
Aaron Clefton

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable Edward M. Chen
U.S. District Court Judge